922

M. P. No. 77-241. STATE *v.* THOMAS G. DE FUSCO. Petition for writ of habeas corpus is denied. *Julius C. Michaelson,* Attorney General, *Alfred French Goldstein,* Special Assistant Attorney General, for plaintiff-respondent. *Thomas G. De Fusco,* pro se, defendant-petitioner.

M. P. No. 77-292. ELLIOT M. BASSET *et al. v.* WALTER E. STONE *et al.* Petition for writ of certiorari is granted. The stay previously granted by this court shall remain in full force and effect. *John D. Lynch,* for plaintiffs-respondents. *Julius C. Michaelson,* Attorney General, *James H. Leavey, William Granfield Brody,* Special Assistant Attorneys General, *William J. Toohey,* City Solicitor, for defendants-petitioners.

M. P. No. 77-300. BERNARD F. McSALLY *et al. v.* THOMAS C. SCHMIDT. The petitioners' motion for a stay of appellate proceedings in this court pending action in the United States District Court is granted. *William J. Toohey,* City Solicitor, *Russell Bramley,* Assistant City Solicitor, for petitioners. *William C. Clifton* (for Thomas C. Schmidt), *Thomas W. Pearlman,* for respondents.

October 17, 1977

M. P. No. 77-331. JEFFREY M. LOPARTO *v.* BRADFORD SOUTHWORTH *et al.* Petition for writ of habeas corpus is denied. *William T. Murphy,* for petitioner. *Julius C. Michaelson,* Attorney General, *Alfred French Goldstein,* Special Assistant Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for respondents.

October 20, 1977

M. P. No. 77-289. BILLY MAXWELL ERVIN *v.* BARBARA ERVIN. Petition for writ of certiorari is denied. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler,* for petitioner. *Richard E. Simms,* for respondent.